1
2
3
4
5          UNITED STATES DISTRICT COURT
6          DISTRICT OF NEVADA
7  JAMES BOONE, et al.,           2:10-CV-759 JCM (PAL)
8          Plaintiffs,
9  v.
10
11 THE LAS VEGAS METROPOLITAN
   POLICE DEPARTMENT, et al.,
12         Defendants.
13
14                              **ORDER**

15    Presently before the court is defendant City of Las Vegas' motion to dismiss. (Doc. #19).

16 Plaintiffs James Boone, Dorothy Boone, and Michelle Boone did not file an opposition.

17    In the present motion to dismiss (doc. #19), defendant asserts that the action should be

18 dismissed because the City of Las Vegas is not responsible for the actions of Metro employees. After

19 the filing of the motion (doc. #19), plaintiffs and defendant filed a stipulation (doc. #21) with the

20 court voluntarily dismissing defendant City of Las Vegas pursuant to Federal Rule of Civil Procedure

21 41(a)(1)(ii). The court entered an order (doc. #22) granting the voluntary dismissal on July 12, 2010.

22    As defendant City of Las Vegas has been dismissed, the present motion to dismiss (doc. #19)

23 is moot.

24    Accordingly,

25 . . .

26 . . .

27 . . .

28

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant City of Las
2 Vegas' motion to dismiss (doc. #19) be, and the same hereby is, DENIED as moot.
3    DATED January 31, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -