**Marquis Aurbach Coffing**
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
    Attorneys for LVMPD Defendants

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BOONE and DOROTHY BOONE, Individually, and MICHELLE BOONE, as the Special Administrator of the Estate of DUSTIN J. BOONE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LAS VEGAS METROPOLITAN POLICE DEPARTMENT; OFFICER KEVIN KOVAL; OFFICER JERRY YBARA; OFFICER MICHAEL ROWLEY; SERGEANT M. DAILEY; individually and in their official capacity, and DOES 1-10,<br><br>Defendants. | Case No.:   2:10-cv-00759-JCM-PAL |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the above-named parties, Defendants Las Vegas Metropolitan Police Department, Ofc. Kevin Koval, Ofc. Jerry Ybara, Ofc. Michael Rowley and Sgt. M. Dailey, by and through their counsel of record, Craig R. Anderson, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiffs James Boone, Dorothy Boone and Michelle Boone, as Special Administrator of the Estate of Dustin J. Boone, Deceased, by and through their counsel of record, Saraliene S. Smith, Esq., of the law firm of Chesnoff & Schonfeld, that the above-referenced matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

M&A:05166-457 1355466_1.DOC 6/27/2011 2:18 PM

1  Each party shall bear their own costs and attorney fees.

2  IT IS SO STIPULATED this 27th day of June, 2011.

3  MARQUIS AURBACH COFFING                CHESNOFF & SCHONFELD

4  By: /s/ Craig R. Anderson                By: _____
5  Craig R. Anderson, Esq.                  Saraliene S. Smith, Esq.
   Nevada Bar No. 6882                      Nevada Bar No. 11461
6  10001 Park Run Drive                     520 S. Fourth Street, 2nd floor
   Las Vegas, Nevada 89145                  Las Vegas, Nevada 89101
7  Attorney for Defendants                  Attorney for Plaintiffs

## ORDER

IT IS SO ORDERED this 30th day of June 2011, that Case No. 2:10-cv-00759-JCM-PAL, be dismissed with prejudice.

Dated this 30 day of June, 2011.

_____
United States District Court Judge

Submitted By:

MARQUIS AURBACH COFFING

By: /s/ Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:05166-457 1355466_1.DOC 6/27/2011 2:18 PM

Each party shall bear their own costs and attorney fees.

IT IS SO STIPULATED this 27 day of ~~May~~ June, 2011.

| MARQUIS AURBACH COFFING | CHESNOFF & SCHONFELD |
|---|---|
| By: _____<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for Defendants | By: /s/ _____<br>Saraliene S. Smith, Esq.<br>Nevada Bar No. 11461<br>520 S. Fourth Street, 2nd floor<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiffs |

### ORDER

IT IS SO ORDERED this ___ day of _____, 2011, that Case No. 2:10-cv-00759-JCM-PAL, be dismissed with prejudice.

Dated this ___ day of May, 2011.

_____
United States District Court Judge

Submitted By:

MARQUIS AURBACH COFFING

By: _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants